AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00371 |
| Traci J. Sunstrum | ) Assigned To : Meriweather, Robin M. |
|  | ) Assign. Date : 4/13/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Traci J. Sunstrum    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)(Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2)(Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building).

Date:    04/13/2021                                      _/s/ Robin M. Meriweather_
                                                         *Issuing officer's signature*

City and state:    Washington, D.C.                      Robin M. Meriweather, U.S. Magistrate Judge
                                                         *Printed name and title*

---

**Return**

This warrant was received on *(date)* April 13, 2021, and the person was arrested on *(date)* May 19, 2021
at *(city and state)* Amherst, New York.

Date: May 19, 2021                                       _[signature]_
                                                         *Arresting officer's signature*

                                                         Matthew H. Wade   FBI Task Force Officer
                                                         *Printed name and title*