AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 21 MJ 371 |
| Traci J. Sunstrum | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Traci J. Sunstrum                                                                                                       .

Date:   06/15/2021                                                                   s/Steven Slawinski
                                                                                           *Attorney's signature*

                                                                                 Steven Slawinski, NY Bar # 4049003
                                                                                      *Printed name and bar number*
                                                                                 Federal Defender's Office - WDNY
                                                                                     28 E. Main St., Suite 400
                                                                                       Rochester, NY 14614

                                                                                                  *Address*

                                                                                       steven_slawinski@fd.org
                                                                                            *E-mail address*

                                                                                           (585) 263-6201
                                                                                          *Telephone number*

                                                                                           (585) 263-5871
                                                                                             *FAX number*