UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CASE NO.: 21-MJ-371 |
| | : |
| TRACI SUNSTRUM, | : |
| Defendant. | : |

ORDER

This matter having come before the Court pursuant to a Consent Motion to Continue, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the status hearing currently scheduled for September 24, 2021 be continued to November 12, 2021 at 1 p.m.; and it is further

**ORDERED** that the time between September 24, 2021 and November 12, 2021 shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial, as the continuance will give the United States time to process, organize, review, and produce discovery.

Zia M. Faruqui
2021.09.20
19:30:07 -04'00'

_____
Zia M. Faruqui
United States Magistrate Judge