UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 1:21-MJ-00371 |
| | : | |
| TRACI J. SUNSTRUM, | : | VIOLATIONS: |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| Defendant. | : | (Parading, Demonstrating, or Picketing in |
| | : | a Capitol Building) |
| | : | |

**I N F O R M A T I O N**

The United States Attorney charges that at all relevant times:

**COUNT ONE**

On or about January 6, 2021, within the District of Columbia, Traci J. Sunstrum, willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(Parading, Demonstrating, or Picketing in a Capitol Building, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: _____
JACOB J. STRAIN
Utah Bar No. 12680
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530