IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

UNITED STATES OF AMERICA,

vs.                                                             **OBJECTION TO PRETRIAL**
                                                                **VIOLATION REPORT**

                                                                21-CR-00652

TRACI J. SUNSTRUM,

            Defendant,

_____

## OBJECTION TO PRETRIAL VIOLATION REPORT

**PLEASE TAKE NOTICE** that upon the annexed Affidavit of Daniel J. DuBois, Esq., the undersigned hereby notifies this Court of our formal objection to the most recent Pretrial Violation Report submitted against defendant.

DATED:   Buffalo, New York
         February 23, 2022                         Yours, etc.

                                                    DANIEL J. DUBOIS


BY    /s/ Charles R. Haskell               BY    _____
      Charles R. Haskell                          Attorney for Defendant,
      641 Indiana Avenue, NW                      TRACI J. SUNSTRUM
      Washington, DC 20004                        390 Elmwood Avenue
      202-888-2728                                Buffalo, NY 14222
      charles@charleshaskell.com                  716-563-6132

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA,

vs.                                             **OBJECTION TO PRETRIAL
                                                VIOLATION REPORT**

                                                21-CR-00652

TRACI J. SUNSTRUM,

        Defendant,

---

**AFFIDAVIT**

STATE OF NEW YORK  )
COUNTY OF ERIE     )   SS:
CITY OF BUFFALO    )

    **DANIEL J. DuBOIS,** being duly sworn, deposes and states:

1. I am an attorney duly admitted Pro Hac Vice to practice law in the District Court for the District of Columbia. I have been retained to represent Traci J. Sunstrum in the above-mentioned matter. This affidavit is submitted in support of the Defense's Objection to the Pretrial Violation Report submitted today, February 23, 2022.

2. On November 17, 2021, the defendant pled guilty to an Information charging her with a violation of Title 40, United States Code, Section 5104(e)(2)(G).

3. The Defendant is currently scheduled to be sentenced on February 24, 2022 at 11:00 a.m. In order that the Court may have the benefit of all the available information regarding the current violation, the Defendant responds as follows:

      b) While Defendant denies using marijuana since her arrest, it was understood by all parties that because of her "heavy" use before her arrest, it was likely she would continue to test positive for a brief period until her body cleared itself of the marijuana.

      c) By all accounts it appears as though her body cleared itself of all traces of marijuana by July of 2021. Ms. Sunstrum continually tested negative for all substances until she was notified of a positive test for marijuana taken on January 21, 2022.

      d) Ms. Sunstrum was notified of the positive result on or about January 22, 2022. As a result of the positive result, and with the knowledge that Ms. Sunstrum ***had not*** consumed marijuana in any form, Ms. Sunstrum was tested by an accredited lab, Occustar, located in Western New York. She tested by submitting both a saliva and urine sample. Both tests came back negative for all substances, including marijuana. (see attached)

4. While we are under the impression that and appreciative of the fact that the Government is not recommending any action at this time, Ms. Sunstrum wanted this Court to know that she has taken this matter, in its entirety, very seriously, and she does not want this Court to be under the impression that she has violated ANY of the conditions lodged against her while this case was pending.

                                            _____
                                            DANIEL J. DUBOIS
                                            Attorney for TRACI J. SUNSTRUM
                                            390 Elmwood Ave.
                                            Buffalo, New York 14222
                                            716-563-6132

Subscribed and sworn to before me this 23 day of February 2022

_____
Notary Public

AMANDA NOTARO
Notary Public - State of New York
No. 01NO6384733
Qualified in Erie County
My Commission Expires Dec. 17, 2022

# EXHIBIT A



**MRO Express**

3501 SW 185th Avenue

Miramar, Florida  33029

954-592-8912 - result sent by T.L

**ATTENTION:**

DER

OCCUSTAR WORKPLACE COMPLIANCE NON 2*

,

Participant: Sunstrum,Traci
Other ID:
SSN: 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

## Results of Controlled Substance Test

Record Status: Negative
Test Type: Periodic
Collection Date/Time: 01/21/2022   1:35 PM
Batch ID: 20220123
Specimen ID: V18403080
Date COC Received: 01/21/2022
Sample Type: Saliva
Test Panel: 5-Substances

Laboratory:  MedTox Laboratories
402 West County Rd D
St. Paul, MN  55112
Collection Site:  Occustar
4267 Transit Road
Williamsville, NY  14221
Specimen Collector: Bev B

| Test Performed | Result | Test Performed | Result |
|---|---|---|---|
| Amphetamines | Negative | Cocaine | Negative |
| Opioids | Negative | Phencyclidine | Negative |
| Marijuana | Negative | | |

*signature*

Philip A. Lopez, M.D.

1/23/2022

Verification Date



**MRO Express**
3501 SW 185th Avenue
Miramar, Florida  33029
954-592-8912 - result sent by T.L

**ATTENTION:**

Timothy Knight Or Bev Blaszak
OccuStar - NON DOT ***
4267 Transit Rd
Williamsville, NY 14221

Participant:  Traci Sunstrum
Other ID:
SSN:  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

## Results of Controlled Substance Test

Record Status: Negative
Test Type: Other
Collection Date/Time: 01/21/2022   1:29 PM
Batch ID: 20220126
Specimen ID: 0881413971
Date COC Received: 01/21/2022
Sample Type: Urine
Test Panel: 5-Substances

Laboratory:  LABCORP - RARITAN
69 FIRST AVENUE
RARITAN, NJ  08869
Collection Site:  Occustar
4267 Transit Road
Williamsville, NY  14221
Specimen Collector:  Bev B

| Test Performed | Result | Test Performed | Result |
| --- | --- | --- | --- |
| Amphetamines | Negative | Cocaine | Negative |
| Marijuana | Negative | Opioids | Negative |
| Phencyclidine | Negative | | |

*[signature]*

Philip A. Lopez, M.D.

1/26/2022

Verification Date

Results for Traci Sunstrum, Other ID:  (SSN: 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)

Printed on 1/28/2022 at 9:12:50AM



**MRO Express**
3501 SW 185th Avenue
Miramar, Florida 33029
954-592-8912 - result sent by T.L

**ATTENTION:**
Timothy Knight Or Bev Blaszak
OccuStar - NON DOT ***
4267 Transit Rd
Williamsville, NY 14221

Participant: Lavette Warren
Other ID:
SSN: 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

## Results of Controlled Substance Test

Record Status: Negative
Test Type: Pre-Employment
Collection Date/Time: 01/21/2022   09:54 AM
Batch ID: 20220127
Specimen ID: 0881413536
Date COC Received: 01/21/2022
Sample Type: Urine

Laboratory: LabCorp OTS
1904 Alexnder Drive
RTP, NC 27709
Collection Site: Occustar
4267 Transit Road
Williamsville, NY 14221
Specimen Collector: NATHAN H '

| Test Performed | Result | Test Performed | Result |
|---|---|---|---|
| Amphetamines | Negative | Barbiturates | Negative |
| Cocaine | Negative | Opioids | Negative |
| Phencyclidine | Negative | Benzodiazepines | Negative |
| Methadone | Negative | Propoxyphene | Negative |

*[signature]*

Philip A. Lopez, M.D.

1/27/2022
Verification Date